DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHY GERMAN,**
Appellant,

v.

**JACQUELINE CHRISTIAN** a/k/a **JACQUELYN CHRISTIAN** as Guardian of **BRYANT JONES** a/k/a **BRIAN JONES** and **JEREMIAH POOLER,**
Appellees.

No. 4D22-71

[August 10, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kenneth Gillespie, Judge; L.T. Case No. PRC 19-0004302 (62J).

Kathy German, Fort Lauderdale, pro se.

Nathaniel E. Green of Nathaniel E. Green, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***